```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JEANNE E. BORAL,

                    Plaintiff,

        -against-                        MEMORANDUM AND ORDER
                                         08-CV-3662(JS)(WDW)

UNITED STATES COPYRIGHT OFFICE,
CENTRAL INTELLIGENCE AGENCY,

                    Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:      Jeanne E. Boral, Pro Se
                    22 Surrey Road
                    New Hyde Park, NY 11040

For Defendants:     No appearances
```

SEYBERT, District Judge:

On September 9, 2008, Plaintiff filed a Complaint against the United States Copyright Office and Central Intelligence Agency, accompanied by an application to proceed in forma pauperis. On October 7, 2008, this Court granted the application to proceed in forma pauperis and dismissed the Complaint with leave to amend within thirty days of the date of the Order. Plaintiff was warned that failure to file an Amended Complaint within thirty days would result in dismissal of Plaintiff's action and that her case would be closed.

To date, the Court has not received an Amended Complaint or a request for an extension of time to file the Amended Complaint. It has been well over thirty days since the Court dismissed Plaintiff's Complaint, yet the Court has not received any

communication <u>whatsoever</u> from Plaintiff.  Plaintiff has not yet filed an Amended Complaint, and the time for doing so has long expired.  Accordingly, Plaintiff's Complaint is dismissed.  The Clerk of the Court is directed to mark this matter closed.

                                SO ORDERED.

                                <u>/s/ JOANNA SEYBERT</u>
                                Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
       February 4, 2009